JACOB P. STOCKSDALE, Respondent, *v.* WALTER G. SCHUYLER, Survivor, etc., Appellant.

(Argued December 7, 1891; decided December 22, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 24, 1890, which affirmed a judgment in favor of plaintiff, entered upon a verdict directed by the court and affirmed an order denying a motion for a new trial.

*De Witt C. Brown* for appellant.

*Stephen B. Jacobs* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.